# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CAMERON J. SUTTERFIELD**                                        **PLAINTIFF**

v.                   Case No. 4:21-cv-00915-KGB-JTR

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                              **DEFENDANT**

## ORDER

Before the Court is a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 15).  No objections to the Recommendation have been filed, and the time for filing objections has passed.  After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.  The final decision of the Commissioner of the Social Security Administration is affirmed.  Plaintiff Cameron J. Sutterfield's complaint is dismissed with prejudice.  Judgment shall be entered accordingly.

It is so ordered this the 5th day of October, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge