IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAMERON J. SUTTERFIELD**                                                           **PLAINTIFF**

v.                              Case No. 4:21-cv-00915-KGB-JTR

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the decision of the Commissioner is affirmed and that plaintiff Cameron J. Sutterfield's complaint is dismissed with prejudice.

It is so ordered this the 5th day of October, 2022.

_____
Kristine G. Baker
United States District Judge